J-S25028-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| DONALD A. MOYER | : | |
| | : | |
| Appellant | : | No. 1719 MDA 2019 |

Appeal from the Judgment of Sentence Entered September 3, 2019
In the Court of Common Pleas of Lancaster County Criminal Division at
No(s): CP-36-CR-0007246-2018

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| DONALD A. MOYER | : | |
| | : | |
| Appellant | : | No. 1720 MDA 2019 |

Appeal from the Judgment of Sentence Entered September 3, 2019
In the Court of Common Pleas of Lancaster County Criminal Division at
No(s): CP-36-CR-0005478-2017

BEFORE: LAZARUS, J., DUBOW, J., and KING, J.

JUDGMENT ORDER BY DUBOW, J.: **FILED AUGUST 05, 2020**

In this consolidated appeal, Appellant, Donald Moyer, appealed from the Judgment of Sentence entered after a jury convicted him of 25 offenses relating to physical and sexual abuse that he perpetrated against four of his minor children. Appellant died on May 31, 2020. Suggestion of Death, 6/17/20. We dismiss this appeal.

Pennsylvania Rule of Appellate Procedure 502 provides this Court with wide discretion to dispose of an appeal when the appellant dies while a matter is pending in the Court, and no representative has applied to be substituted as a party on behalf of the deceased. Pa.R.A.P. 502(a). Dismissal is appropriate where (1) the interests of justice are not markedly implicated in the matter; (2) the appeal does not present any novel legal issues of import to society generally; and (3) no party has asked this Court to decide the appeal notwithstanding the appellant's death. ***Commonwealth v. Beaudoin***, 182 A.3d 1009, 1010 (Pa. Super. 2018).

On June 24, 2020, this Court issued a Rule to Show Cause as to why this Court should not dismiss the instant appeal due to Appellant's death. The Commonwealth and Appellant's counsel timely filed responses, with neither providing a reason why this Court should not dismiss the appeal. ***See*** Appellee Response to Rule to Show Cause, 6/26/20; Appellant Response to Rule to Show Cause, 7/1/20. In addition, no representative has applied to be substituted as a party on behalf of the deceased.

Based on our review, we conclude that this appeal does not markedly implicate the interests of justice or present novel legal issues of import to society generally. As no one on behalf of either party has sought to pursue this appeal, and in the interest of judicial economy, we dismiss this appeal.

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 08/05/2020